# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LAURIE A. SHEPARD,

    Plaintiff,                                 Case No. 12-CV-15021
                                              Honorable Denise Page Hood

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered this date, Judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 4th day of October, 2013.

                                             DAVID J. WEAVER
                                             CLERK OF THE COURT


                               By: s/Holly Monda for LaShawn Saulsberry
                                     Case Manager and Deputy Clerk

APPROVED:


S/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE